An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN J. BANK,
Appellant,
vs.
THE HONORABLE CEDRIC A. KERNS,
Respondent.

No. 66172

**FILED**

AUG 20 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for reconsideration of application for change of judge. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]We have received the proper person documents submitted in this matter, and we conclude that no relief is warranted in light of the disposition of this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27518

cc: Hon. Elissa F. Cadish, District Judge
Steven J. Bank
Las Vegas City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A